# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL FORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>[24]7.AI, INC., a California Corporation,<br><br>Defendant. | Case No.: 5:18-cv-02770-BLF<br>[*Hon. Beth Labson Freeman*]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TIME FOR FILING CONSOLIDATED AMENDED COMPLAINT** |

The Court, having read and considered Plaintiffs', Michael Ford, Noe Gamboa, and Rudolph Dubrovszky, and Madison Copeland (collectively, "Plaintiffs"), and Defendant's, [24]7.ai, Inc. ("[24]7"), Stipulation to Continue Time for Filing Consolidated Amended Complaint, and finding good cause therefor, **HEREBY ORDERS** that:

    a.    Plaintiffs shall file a consolidated amended complaint on or before November 2, 2018.

**IT IS SO ORDERED.**

Dated: October HF, 2018

_____
Hon. Beth Labson Freeman
United States District Court