DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

MELISSA S. WEINER (*Pro Hac Vice*)
  mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile:  (612) 389-0610

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FORD, NOE GAMBOA, and MADISON COPELAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>[24]7 .AI, INC.,<br><br>Defendant. | CASE NO. 5:18-CV-02770-BLF<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESS** |

PEARSON WARSHAW, LLP
328 BARRY AVENUE S., SUITE 200
WAYZATA, MINNESOTA 55391

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Pearson, Simon & Warshaw, LLP hereby advises the Court and all parties in this matter that as of January 1, 2023, the firm's new name is:

**PEARSON WARSHAW, LLP**

The address, telephone and facsimile numbers remain the same.  The e-mail addresses for the attorneys in this matter have been changed as follows:

Daniel L. Warshaw                     dwarshaw@pwfirm.com

Melissa S. Weiner                     mweiner@pwfirm.com

DATED: January 19, 2023          **PEARSON WARSHAW, LLP**

By:    _____/s/ Melissa S. Weiner_____
              MELISSA S. WEINER

MELISSA S. WEINER (*Pro hac vice*)
   mweiner@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

DANIEL L. WARSHAW (SBN 185365)
   dwarshaw@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiffs and the Proposed Class*

PEARSON WARSHAW, LLP
328 BARRY AVENUE S., SUITE 200
WAYZATA, MINNESOTA 55391